SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------X
MICHAEL J. KATZ, M.D. and
MICHAEL J. KATZ, M.D., P.C.,

                Plaintiffs,

-against-

TRAVELERS a/k/a TRAVELERS
INSURANCE COMPANY a/k/a THE
TRAVELERS COMPANIES, INC. and its
relevant servants, agents or employees and
relevant associated, affiliated or subsidiary
corporations and EXAM WORKS, INC.,
and its related servants, agents, or
employees, and relevant associated,
affiliated or subsidiary corporations,

                Defendants.
---------------------------------------------------------------X

Index No. 604649/16

SO-ORDERED STIPULATION
TO AMEND THE CAPTION

WHEREAS, defendant, TRAVELERS a/k/a TRAVELERS INSURANCE COMPANY, a/k/a THE TRAVELERS COMPANIES, INC. ("TRAVELERS"), is the currently the named defendant in this action. Counsel for defendant, TRAVELERS, hereby certifies that, in fact, that the real party in interest for this lawsuit is "TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA";

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that the caption of this action be amended to reflect that defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as the real party in interest to this lawsuit. All allegations in the Complaint referring to TRAVELERS shall be amended and understood as referring to TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA. The new caption shall be as follows:

MICHAEL J. KATZ, M.D. and :
MICHAEL J. KATZ, M.D., P.C., :
:
                Plaintiffs, :
:
    -against- :
:
TRAVELERS PROPERTY CASUALTY :   Index No.: 604649/16
COMPANY OF AMERICA, and its :
relevant servants, agents or employees and :
relevant associated, affiliated or subsidiary :
corporations and EXAM WORKS, INC., :
and its related servants, agents, or :
employees, and relevant associated, :
affiliated or subsidiary corporations, :
:
                Defendants. :
:

STIPULATED AND AGREED:

_____
By: Richard Zisholtz
ZISHOLTZ & ZISHOLTZ, LLP
Attorneys for Plaintiffs
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel.: (516) 741-2200
richard@zzllp.com

Dated: August 3, 2016

_____
By: Brett Ingerman*
DLA PIPER LLP (US)
Attorneys for Defendant Travelers
Property Casualty Company of
  America
6225 Smith Avenue
Baltimore, Maryland 21209
Tel.: (410) 580-4177
brett.ingerman@dlapiper.com

*licensed to practice law in New York

DLA PIPER LLP (US)
Attorneys for Defendant
*The Travelers Companies, Inc.*
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 884-8492

SO ORDERED:

_____
    J.S.C.