SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------- X
MICHAEL J. KATZ, M.D.

MICHAEL J. KATZ, M.D., P.C.,

      Plaintiffs,

  -against-                        INDEX NO. 604649/16

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, and its relevant
servants, agents or employees and relevant     **NOTICE OF FILING**
associated, affiliated or subsidiary corporations  **NOTICE OF REMOVAL**
and EXAM WORKS, INC., and its related
servants, agents or employees and relevant
associated, affiliated or subsidiary corporations

      Defendants.
----------------------------------------- X

TO:

Richard Zisholtz
Attorneys for Plaintiffs
Office & P.O. Address
170 Old Country Road, Suite 300
Mineola, New York 11501
(516) 741-2200

      **PLEASE TAKE NOTICE** that Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by its undersigned counsel, DLA PIPER LLP (US), has removed this case to the United States District Court for the Eastern District of New York. A copy of the Notice of Removal filed in the United States District Court is attached.

1

_____  (M.B.
Brett Ingerman*                W/
                            Permission

Dated: August 5, 2016

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4177
brett.ingerman@dlapiper.com

*Licensed to practice law in New York


DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.884.8492

*Attorneys for Defendant Travelers Property Casualty Company of America*