# EXHIBIT 1

# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

MICHAEL J. KATZ, M.D. and
MICHAEL J. KATZ, M.D., P.C.,

                  Plaintiffs,

v.

TRAVELERS a/k/a TRAVELERS INSURANCE COMPANY a/k/a THE TRAVELERS COMPANIES, INC., its relevant servants, agents or employees and relevant associated, affiliated or subsidiary corporations and EXAM WORKS, INC., and its relevant servants, agents or employees and relevant associated, affiliated or subsidiary corporations.

                  Defendants.

**Index No.: 604609/2016**

**AFFIDAVIT**

**STATE OF NEW YORK**    )
                                ) ss.
**COUNTY OF** _____ )

## AFFIDAVIT OF CHRIS GRECO

1. I am employed as Regional Vice President (NY) of ExamWorks, Inc. ("ExamWorks"). I am over the age of 21 and am authorized to make this affidavit.

2. As part of my duties as Regional Vice President (NY), I am responsible for overseeing the daily operations of the region. The following assertions are based upon my personal knowledge and/or my information and belief after a reasonable investigation. I submit this Affidavit in support of ExamWorks' Motion to Dismiss this lawsuit.

3. I am aware that Michael J. Katz, M.D. has asserted numerous claims against ExamWorks in this lawsuit, relating to purported conduct by ExamWorks in connection with a lawsuit entitled *Bermejo v. Amsterdam & 76th Associates, LLC, et. al.*, Index No. 23985/2009.

4. Based on the allegations in this lawsuit, it appears that Dr. Katz and/or his office, Michael J. Katz, M.D., P.C., were retained as an expert for the *Bermejo* case. ExamWorks was *not* involved in any way in the *Bermejo* case. ExamWorks did not refer the *Bermejo* case to Dr. Katz. ExamWorks was also not involved with referring Dr. Katz to the defense attorneys in the *Bermejo* case for co-defendants, Travelers a/k/a Travelers Insurance Company a/k/a The Travelers Companies, Inc. ("Travelers").

5. ExamWorks is a corporation which provides independent medical examinations (IMEs), peer reviews, bill reviews, Medicare compliance, transcriptions, record retrieval, document management and related IME services. ExamWorks maintains a panel of physicians and medical professionals to whom it refers cases on a case-by-case basis. The physicians and medical professional who perform the above-mentioned services are not employees of ExamWorks, and ExamWorks has no obligation to refer cases to them.

6. Some of ExamWorks' clients include insurance companies, such as Travelers. However, as noted, ExamWorks did not refer Dr. Katz to the Travelers' defense attorneys in connection with the *Bermejo* case.

7. ExamWorks does not, and did not, have a contract with Dr. Katz or his office at any time. ExamWorks had no obligation to refer cases to Dr. Katz.

8. I affirm that the statements made in this Affidavit are true to the best of my knowledge and upon my investigation.

Chris Greco
Regional Vice President

Sworn to before me this
21st day of July, 2016

Notary Public

PAMELA M. TAVALARO
Notary Public, State of New York
No. 01TA6028410
Qualified in Nassau County
Commission Expires August 2, 20_17_

-2-