# EXHIBIT 3

# EXHIBIT 3

Index Number: 16-604649
Date Filed: 06/22/2016
Court/Return Date:

ATTORNEY(S) ZISHOLTZ & ZISHOLTZ, ESQS.    PH: (516)741-2200
170 OLD COUNTRY ROAD MINEOLA, NY 11501 |

Michael J. Katz, M.D. and Michael J. Katz, M.D., P.C.

*Plaintiff*

vs

*Defendant*

Travelers a/k/a Travelers Insurance Company a/k/a The Travelers Companies, Inc., its relevant servants, agents or employees and relevant associated, affiliated or subsidiary corporations and Exam Works, Inc., and its relevant servants, agents or employees and relevant associated, affiliated or subsidiary corporations,

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Kevin Miller      ,being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On July 6, 2016, at 4:25 PM at 1122 Franklin Avenue, Garden City, NY 11530, Deponent served the within Summons with Notice & Verified Complaint
Notice Regarding Availability of Electronic Filing - Supreme Court Cases

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **Exam Works, Inc.**, **Defendant** therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **DANA CATALANO** said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Blonde    Age: 26
Height: 5ft0in-5ft3in    Weight: 100-130 Lbs.    Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on July 7, 2016
Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Process Server, Please Sign
Kevin Miller
Job #: 1618770    Lic# N/A
Client's File No.:

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771