# EXHIBIT 4

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. KATZ, M.D. and<br>MICHAEL J. KATZ, M.D., P.C.<br>Plaintiffs,<br>v.<br><br>TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA, its relevant<br>servants, agents or employees and relevant<br>associated, affiliated or subsidiary corporations<br>and EXAM WORKS, INC., and its related<br>servants, agents or employees, and relevant<br>asssociated, affiliated or subsidiary<br>corporations,<br><br>Defendants. | Case No.<br><br>(Removed from the Supreme Court of<br>the State of New York, County of<br>Nassau – Index No. 604649/16) |

## NOTICE OF REMOVAL

Defendant Travelers Property Casualty Company of America, by and through its undersigned counsel and pursuant to 28 U.S.C. § 1441 *et seq.*, with the written consent of Defendant Exam Works, Inc., hereby provides notice of removal of *Katz. v. Travelers, et al.*, Index No. 604649/16 (NY Sup. Ct. – Nassau County) ("State Lawsuit") from the Supreme Court of Nassau County, New York ("Supreme Court") to the United States District Court for the Eastern District of New York ("District Court"), and in support thereof states as follows:

1. On or about June 22, 2016, Plaintiffs MICHAEL J. KATZ, M.D. and MICHAEL J. KATZ, M.D., P.C. (collectively, "Dr. Katz") originally commenced the State Lawsuit against Defendants TRAVELERS a/k/a TRAVELERS INSURANCE COMPANY a/k/a THE TRAVELERS COMPANIES, INC. ("The Travelers Companies") and EXAM WORKS, INC. ("Exam Works") in the Supreme Court. Plaintiffs served both Defendants on July 6, 2016. True and correct copies of the complaint ("Complaint"), process, pleadings, and orders served upon the original Defendants in connection with the State Lawsuit are attached hereto as Group

**Exhibit A** in accordance with 28 U.S.C. § 1446(a).

2. The State Lawsuit is subject to removal to the District Court pursuant to 28 U.S.C. § 1441(a) because the District Court has original jurisdiction over the State Lawsuit pursuant to 28 U.S.C. § 1332(a)(1). Specifically, Dr. Katz has alleged damages well in excess of $75,000 in the State Lawsuit. Complaint, ¶¶ 167-68, 176-77, 185-86, 189. Furthermore, there is complete diversity of citizenship between Plaintiffs and Defendants. Plaintiffs are both citizens of New York and were citizens of New York at the time of filing the State Lawsuit. *Id.*, ¶¶ 1-2. Defendant Exam Works is (and, at the time of the filing of the State Lawsuit, was) a citizen of the State of Georgia because its principal place of business is located at 3280 Peachtree Road, N.E., Suite 2625, Atlanta, Georgia 30305.

3. The Travelers Companies, originally named as a Defendant in the State Lawsuit, is a citizen of the State of New York. However, The Travelers Companies was improperly named as a party to the State Lawsuit, as it is a mere holding company. The real party in interest to the State Lawsuit is its subsidiary, Travelers Property Casualty Company of America ("Travelers Property"). Accordingly, on August 4, 2016, the parties stipulated and agreed that Travelers Property is the real party in interest to the State lawsuit and that all allegations in the Complaint referring to Travelers shall be amended and understood as referring to Travelers Property. Travelers Property is (and, at the time of filing the State Lawsuit, was) a citizen of the State of Connecticut because it is a corporation with a principal place of business located at One Tower Square, Hartford, Connecticut 06183. A copy of the stipulation amending the Complaint (the "Stipulation") is attached hereto as **Exhibit B**.

4. Because Plaintiffs are citizens of New York, and the proper Defendants (Travelers Property and Exam Works) are citizens of Connecticut and Georgia, respectively, complete

diversity of citizenship exists between all Plaintiffs and all Defendants. *See* 28 U.S.C. § 1332(c)(1).

5. Venue is proper in the District Court pursuant to 28 U.S.C. § 1441(a) because the Eastern District embraces Nassau County, where the State Lawsuit is pending.

6. Pursuant to 28 U.S.C. § 1441(b), Defendant Travelers Property has timely submitted this Notice of Removal within thirty (30) days of August 4, 2016—the date of its receipt of the Stipulation, at which time it could first ascertain that this action has become removable. This is also within thirty (30) days of July 6, 2016, when The Travelers Companies, which was improperly named as a Defendant, was originally served with the State Lawsuit.

7. Concurrently with the submission of this Notice of Removal, Travelers Property is providing written notice thereof to Dr. Katz and the Clerk of the Supreme Court in accordance with 28 U.S.C. § 1446(d). A true and correct copy of the foregoing written notice is attached hereto as **Exhibit C**.

EAST\126615125.2
004523-000807

WHEREFORE, Defendant Travelers Property hereby provides notice of removal of the State Lawsuit from the Supreme Court of Nassau County, New York to the United States District Court for the Eastern District of New York, and Defendant Exam Works consents to such removal.

Respectfully submitted,

CONSENTED TO BY:

EXAM WORKS, INC.

By: _____
One of its attorneys

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

By: _____
One of its attorneys

Dated: August 5, 2016

Colleen Carey Gulliver
~~Brett Ingerman*~~
DLA Piper LLP (US)
~~The Marbury Building~~ 1251 Avenue of the Americas
~~6225 Smith Avenue~~ 27th Floor
~~Baltimore, Maryland 21209~~ New York, New York 10020-1104
~~(410) 580-4177~~ (1) 212-335-4737
~~brett.ingerman@dlapiper.com~~ colleen.gulliver@dlapiper.com

~~*Licensed to practice law in New York~~

- 4 -

## CERTIFICATE OF SERVICE

I, Colleen Carey Gulliver, an attorney, hereby certify that on August 5, 2016, I caused a copy of the foregoing **Notice of Removal** to be served upon:

>Gerald Zisholtz
>Attorneys for Plaintiffs
>Office & P.O. Address
>170 Old Country Road, Suite 300
>Mineola, New York 11501
>(516) 741-2200

by overnight mail and electronic mail message.

_____
Colleen Carey Gulliver