UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. KATZ, M.D. and MICHAEL J. KATZ, M.D., P.C., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and its relevant servants, agents or employees and relevant associated, affiliated or subsidiary corporations and EXAM WORKS, INC., and its relevant servants, agents or employees, and relevant associated, affiliated or subsidiary corporations. <br><br> Defendants. | Case No. 2:16-cv-04389 (ADS) (SIL) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE, that Brett Ingerman, a partner with the law firm of DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for defendant Travelers Property Casualty Company of America.  I certify that I am admitted to practice in this court.

Dated: New York, New York
September 28, 2016

/s/ Brett Ingerman
Brett Ingerman
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
T: (410) 580-4177
F: (410) 580-3177
E: brett.ingerman@dlapiper.com

*Attorneys for Defendant Travelers Property Casualty Company of America*