**Certificate of Service**

I hereby certify that on April 6, 2017, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

**Plaintiff**

**Michael J. Katz, M.D.**

**Plaintiff**

**Michael J. Katz, M.D., P.C.**

- **Gerald Zisholtz --** stu@zzllp.com
- **Stuart S. Zisholtz --** stu@zzllp.com
- **Meng Cheng --**mchenglaw@yahoo.com

**Defendant**

**Exam Works, Inc.**

- **Andrew I. Hamelsky --** hamelskya@whiteandwilliams.com
- **Jenifer Ann Scarcella --** scarcellaj@whiteandwilliams.com

Dated: April 6, 2017

                              Respectfully submitted,

                              /s/ Brett Ingerman
                              Brett Ingerman
                              brett.ingerman@dlapiper.com
                              DLA Piper LLP (US)
                              6225 Smith Avenue
                              Baltimore, Maryland 21209
                              T: (410) 580-4177
                              F: (410) 580-3177

Colleen Carey Gulliver
colleen.gulliver@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020-1104
Tel:  212.335.4500
Fax:  212.335.4501

*Attorneys for Defendant Travelers Property Casualty Company of America*