

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@dlapiper.com
T  410.580.4177
F  410.580.3177

April 21, 2017

*Via ECF*

Hon. Steven I. Locke
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

    Re:    *Michael J. Katz, M.D., et al v. Travelers, et al.*
             Civ. Action No. 16-cv-4389 (ADS) (SIL)

Dear Judge Locke:

    We represent Defendant Travelers in the above-captioned action. On March 10, 2017, the Court dismissed Plaintiffs' claims for tortious interference with contract, tortious interference with business advantage, and prima facie tort (Doc. No. 23) (the "Dismissal Decision"). On March 21, 2017, the Court entered an order scheduling an initial conference for April 26, 2017, at 11:30 am (Doc. No. 24) regarding Plaintiffs' remaining cause of action for breach of contract (the "Initial Conference"). On March 23, 2017, however, Plaintiffs filed a motion for reconsideration of the Court's Dismissal Decision and requested leave to file an amended complaint (Doc. No. 25). This motion has been fully briefed and is pending before Judge Spatt.

    As the resolution of Plaintiffs' motion may impact the nature and scope of discovery and the content and timing of Defendant's answer, this case is not yet ripe for discovery. Therefore, in the interest of judicial economy and with Plaintiffs' counsel's consent, Defendant Travelers requests an adjournment of the Initial Conference. Pursuant to Your Honor's Individual Rule 2.C, counsel have conferred on potential alternative dates. All counsel are available on: (1) Tuesday, June 6, 2017; (2) Monday, June 12, 2017; and (3) Tuesday, June 13, 2017.

    We respectfully request that the Initial Conference be rescheduled on one of these three dates, or an alternative date convenient to the Court and the parties. The Initial Conference has not been previously adjourned.

                                                                      Respectfully,

                                                                      s/ Brett Ingerman
                                                                      Brett Ingerman

cc: All counsel of record (via ECF)