

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@dlapiper.com
T 410.580.4177
F 410.580.3177

May 30, 2017

**By Electronic Filing**

Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4451
Courtroom 820

Re: *Katz, et al. v. Travelers Property Casualty Company of America*,
Case No. 2:16-cv-04389

Dear Judge Locke:

This firm represents defendant Travelers Property Casualty Company of America ("Travelers") in the above-referenced action. Pursuant to your Honor's Individual Motion Practices Rules 1(C) and 3(B), counsel for Travelers and counsel for plaintiffs Michael J. Katz, M.D. and Michael J. Katz, M.D., P.C. agree to the Proposed Discovery Plan filed concurrently with this motion and request that the Initial Conference scheduled for June 6, 2017 be cancelled.

Thank you for your consideration with respect to this request.

Very truly yours,

/s/

Brett Ingerman

cc (via ECF):

    Gerald Zisholtz
    Stuart S. Zisholtz
    Meng Michelle Cheng
    Attorneys for Plaintiffs

Hon. Steven I. Locke
May 30, 2017



Page Two

Office & P.O. Address
170 Old Country Road, Suite 300
Mineola, New York 11501