# EXHIBIT A

## Bakhama, Michael

| | |
|---|---|
| **From:** | Bakhama, Michael |
| **Sent:** | Tuesday, May 08, 2018 2:36 PM |
| **To:** | 'Michelle' |
| **Cc:** | Ingerman, Brett |
| **Subject:** | RE: Katz v. Travelers Rule 56.1 Statement |

Michelle,

To follow up from our telephone conversation a few minutes ago, this email is to confirm that we consent to an additional week to respond to our 56.1 statement, conditioned on the understanding that if there are any resulting difficulties with scheduling the required pre-motion conference prior to the May 30 deadline for filing dispositive motions, you will reciprocate the courtesy of consenting to an extension of that deadline.

Thanks,

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com



DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

---

**From:** Bakhama, Michael
**Sent:** Tuesday, May 08, 2018 2:25 PM
**To:** 'Michelle'
**Cc:** Ingerman, Brett
**Subject:** RE: Katz v. Travelers Rule 56.1 Statement

Michelle,

How much additional time do you need?  My only concern is that we are running up against the 5/30 deadline for dispositive motions.  I would ask, therefore, that our consent to an extension of time to respond to the 56.1 statement be reciprocated by your consent to an extension of time to extend the deadline to file dispositive motions, to allow each side and the Court sufficient time to schedule the required pre-motion hearing pursuant to Judge Spatt's individual rules.  Do you agree?

Thank you,

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com

1



DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

**From:** Michelle [mailto:michelle@zzllp.com]
**Sent:** Tuesday, May 08, 2018 10:33 AM
**To:** Bakhama, Michael
**Cc:** Ingerman, Brett
**Subject:** Re: Katz v. Travelers Rule 56.1 Statement

Michael,
I would like to seek an extension of time to respond to your 56.1 statement because I am too overwhelming with motions and briefs recently. Please advise if you would object it. Thanks.

Michelle Cheng
Sent from my iPhone

On May 3, 2018, at 12:48 PM, Bakhama, Michael <Michael.Bakhama@dlapiper.com> wrote:

> Michelle,
>
> Pursuant to Local Rule 56.1 and Judge Spatt's Individual Rule IV.D.(i), please find the attached statement of undisputed facts from Travelers. I have arranged for a hard copy to be delivered to your office.
>
> Thank you,
>
> **Michael Bakhama**
> Associate
>
> **T** +1 410.580.4552
> **F** +1 410.580.3080
> **E** michael.bakhama@dlapiper.com
>
> 
>
> DLA Piper LLP (US)
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, Maryland 21209-3600
> United States
> www.dlapiper.com
>
> **From:** Michelle Cheng [mailto:michelle@zzllp.com]
> **Sent:** Tuesday, April 10, 2018 10:59 AM
> **To:** Bakhama, Michael
> **Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey
>
> Yes, I mean 6/15. sorry

*Meng Michelle Cheng, Esq.*
ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel:  (516) 741-2200 Fax: (516) 746-1024

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify us immediately by e-mail reply to sender and destroy all copies of this message and any attachments

---

**From:** Bakhama, Michael [mailto:Michael.Bakhama@dlapiper.com]
**Sent:** Tuesday, April 10, 2018 10:51 AM
**To:** Michelle Cheng
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

6/16 is a Saturday; did you mean 6/15?

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com

<image001.jpg>

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

---

**From:** Michelle Cheng [mailto:michelle@zzllp.com]
**Sent:** Tuesday, April 10, 2018 10:31 AM
**To:** Bakhama, Michael
**Cc:** Ingerman, Brett
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

I am available on 6/14, 6/16 or 6/19. You can request the conference be adjourned to one of these days.

*Meng Michelle Cheng, Esq.*
ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel:  (516) 741-2200 Fax: (516) 746-1024

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify us immediately by e-mail reply to sender and destroy all copies of this message and any attachments

---

**From:** Bakhama, Michael [mailto:Michael.Bakhama@dlapiper.com]
**Sent:** Monday, April 09, 2018 4:23 PM
**To:** Michelle Cheng

**Cc:** Ingerman, Brett
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey
**Importance:** High

Michelle,

Thanks for your email, and your cooperation with respect to an adjournment/extension of the pretrial conference.  As we discussed, in light of the revised discovery schedule in this case, under which the parties have until May 30, 2018 to file dispositive motions, I don't think it makes sense to keep the original pretrial conference date of April 16.  I have attached a draft adjournment request for your review, with the request for a new date relatively open-ended.  If you wanted to confer regarding available dates or discuss proposed revisions or concerns, please let me know.  Otherwise, please let me know if I may file as is.

Thank you very much,

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com

<image001.jpg>

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

---

**From:** Michelle Cheng [mailto:michelle@zzllp.com]
**Sent:** Monday, April 09, 2018 2:30 PM
**To:** Bakhama, Michael
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey
**Importance:** High

Please see attached proposed joint trial order for the above referenced matter. Pursuant to Judge Lock's order, we shall file it at least prior to the conference next Monday. I attached both PDF and word format, you may fill in the blanks and your comments.

*Meng Michelle Cheng, Esq.*
ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel:  (516) 741-2200 Fax: (516) 746-1024

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify us immediately by e-mail reply to sender and destroy all copies of this message and any attachments

---

**From:** Bakhama, Michael [mailto:Michael.Bakhama@dlapiper.com]
**Sent:** Wednesday, March 28, 2018 1:15 PM
**To:** Errol Eisner

4

**Cc:** Ingerman, Brett; Michelle Cheng; Ron Brienes; ProductionDistributionGroup
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

No problem at all. Thanks for your help.

Michael

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com

<image001.jpg>

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

---

**From:** Errol Eisner [mailto:eeisner@tsgreporting.com]
**Sent:** Wednesday, March 28, 2018 1:12 PM
**To:** Bakhama, Michael
**Cc:** Ingerman, Brett; Michelle Cheng; Ron Brienes; ProductionDistributionGroup
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

Hi Michael,

Thanks for being in touch about the attached errata and misspelling which you have noted below. We apologize about the typo and any inconvenience it may have caused. We will get this correction into our reporter's hands right away and are we are happy to redistribute a revised electronic transcript to the parties. Let us know if you need anything else and many thanks again.

Best,
Errol

Errol Eisner
Vice President of Strategic Partnerships

<image002.png>

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Corporate Headquarters
747 Third Avenue - 10th Floor
New York, NY 10017
Office: (212) 702-9580 ext. 759
Mobile: (516) 662-8568
eeisner@tsgreporting.com
Connect with me on LinkedIn
Secure, online scheduling available at www.tsgreporting.com
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**

*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**

---

**From:** Bakhama, Michael [mailto:Michael.Bakhama@dlapiper.com]
**Sent:** Wednesday, March 28, 2018 12:56 PM
**To:** Michelle Cheng <michelle@zzllp.com>; Errol Eisner <eeisner@tsgreporting.com>
**Cc:** Ingerman, Brett <brett.ingerman@dlapiper.com>
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

Michelle and Errol,

Please see attached for the signed and notarized verification and errata sheet from Mr. Toomey.

I would also note one error not listed on the errata sheet: the name "Bermajo" (or *Bermajo* when referring to the court case) is misspelled – the correct spelling is "**Bermejo**".  (See pages 9-12, 18-19, 21-24, 28-29, 38-40, 47, 49.)  Errol, since the correct spelling is a matter of public record (*see, e.g.*, *Katz v. Travelers*, 241 F.Supp.3d 397 (2017) (discussing *Bermejo* trial throughout)), could TSG make this global correction as well?

Thank you very much,

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com

<image001.jpg>

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

---

**From:** Michelle Cheng [mailto:michelle@zzllp.com]
**Sent:** Monday, February 26, 2018 12:04 PM
**To:** Bakhama, Michael
**Cc:** Ingerman, Brett
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

Please see attached transcript signed by Dr. katz

*Meng Michelle Cheng, Esq.*
ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel:  (516) 741-2200 Fax: (516) 746-1024

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify us immediately by e-mail reply to sender and destroy all copies of this message and any attachments

**From:** Bakhama, Michael [mailto:Michael.Bakhama@dlapiper.com]
**Sent:** Wednesday, February 07, 2018 4:14 PM
**To:** Michelle Cheng
**Cc:** Ingerman, Brett
**Subject:** RE: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

Michelle,

Apologies for the slow response. I have submitted the transcript to Mr. Toomey for review and signature and will circle back when complete. In the meantime, kindly do the same for Dr. Katz's transcript (attached). I note that the court reporter misspelled "Bermajo" throughout (proper spelling should be B-E-R-M-E-J-O).

Thank you,

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com

<image001.jpg>

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

---

**From:** Michelle Cheng [mailto:michelle@zzllp.com]
**Sent:** Thursday, January 25, 2018 10:50 AM
**To:** Bakhama, Michael
**Cc:** Ingerman, Brett
**Subject:** FW: Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey
**Importance:** High

Attached please find the deposition transcript for James Toomey. Kindly have Mr. Toomey review and sign on page 56 and make corrections if any.

*Meng Michelle Cheng, Esq.*
ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel:  (516) 741-2200 Fax: (516) 746-1024

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify us immediately by e-mail reply to sender and destroy all copies of this message and any attachments

---

**From:** ProductionDistributionGroup [mailto:production@tsgreporting.com]
**Sent:** Monday, January 22, 2018 7:49 PM
**To:** 'michelle@zzllp.com'; 'mdelgado@zzllp.com'

7

**Subject:** Michael J. Katz v. Travelers Property Casualty Company of America, et al. - FINAL - 1-10-2018 - Mr. Toomey

Attached you will find the FINAL ASCII from the 1-10-2018 deposition of Mr. Toomey. Also attached is a complimentary printable, readable compressed PDF version with a word index, as well as a full-sized PDF and an E-Transcript version of the transcript.

Hard copies will be expedited upon completion.

Please don't hesitate to contact us if you need anything else.

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Phone: (877) 702-9580
production@tsgreporting.com
www.tsgreporting.com

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

<Katz v. Travelers_ Travelers_ Local Rule 56.1 Statement of Undisputed Ma....pdf>