# EXHIBIT

# B

## Bakhama, Michael

**From:**          Bakhama, Michael
**Sent:**          Tuesday, May 08, 2018 5:03 PM
**To:**            'Michelle Cheng'
**Subject:**       RE: Activity in Case 2:16-cv-04389-ADS-SIL Katz et al v. Travelers et al Motion for
                   Extension of Time to File Response/Reply

Yes, per my email earlier today.

Thanks,

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com



DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

**From:** Michelle Cheng [mailto:michelle@zzllp.com]
**Sent:** Tuesday, May 08, 2018 4:21 PM
**To:** Bakhama, Michael
**Subject:** RE: Activity in Case 2:16-cv-04389-ADS-SIL Katz et al v. Travelers et al Motion for Extension of Time to File
Response/Reply

Ok, thanks. So we can agree among ourselves that my response to your 56.1 statement be served by 5/17.

*Meng Michelle Cheng, Esq.*
ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
Tel:  (516) 741-2200 Fax: (516) 746-1024

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive
use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient,
please notify us immediately by e-mail reply to sender and destroy all copies of this message and any attachments

**From:** Bakhama, Michael [mailto:Michael.Bakhama@dlapiper.com]
**Sent:** Tuesday, May 08, 2018 4:32 PM
**To:** Michelle Cheng (michelle@zzllp.com)
**Subject:** FW: Activity in Case 2:16-cv-04389-ADS-SIL Katz et al v. Travelers et al Motion for Extension of Time to File
Response/Reply

Michelle,

I don't think a motion was required, as Judge Spatt's rules state " Should the non-movant require additional time to file a Rule 56.1 counter-statement, the parties may agree among themselves to a reasonable extension."  Also, Rule 56.1 statements and counterstatements should not be filed with J. Spatt until someone submits a pre-motion conference request.  (See pages 7-8 here: https://img.nyed.uscourts.gov/rules/ADS-MLR.pdf )

Enjoy your son's graduation.

Michael

**Michael Bakhama**
Associate

**T** +1 410.580.4552
**F** +1 410.580.3080
**E** michael.bakhama@dlapiper.com



DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
United States
www.dlapiper.com

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Tuesday, May 08, 2018 3:10 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:16-cv-04389-ADS-SIL Katz et al v. Travelers et al Motion for Extension of Time to File Response/Reply

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Cheng, Meng on 5/8/2018 at 3:09 PM EDT and filed on 5/8/2018

**Case Name:**          Katz et al v. Travelers et al
**Case Number:**       2:16-cv-04389-ADS-SIL
**Filer:**                    Michael J. Katz, MD
                                Michael J. Katz, M.D., P.C.
**Document Number:** 44

**Docket Text:**
**First MOTION for Extension of Time to File Response/Reply** *to Defendant's Rule 56.1 statement* **by Michael J. Katz, MD, Michael J. Katz, M.D., P.C.. (Cheng, Meng)**

**2:16-cv-04389-ADS-SIL Notice has been electronically mailed to:**

Andrew I. Hamelsky    hamelskya@whiteandwilliams.com

Brett Ingerman    brett.ingerman@dlapiper.com

Colleen Michelle Gulliver    colleen.carey@dlapiper.com, docketingnewyork@dlapiper.com

Gerald Zisholtz    stu@zzllp.com

Jenifer Ann Scarcella    scarcellaj@whiteandwilliams.com

Meng Cheng    mchenglaw@yahoo.com

Michael Bakhama    michael.bakhama@dlapiper.com

Michael George Lewis    michael.lewis@dlapiper.com, docketingnewyork@dlapiper.com, lewism3322@gmail.com

Stuart S. Zisholtz    stu@zzllp.com

**2:16-cv-04389-ADS-SIL Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=5/8/2018] [FileNumber=12816516-0]
[492d3d6f61f7020ba35f72b650f6334bb9008303280dcea2d23aed6d3cd358b092c0c
c3df2876a2e895a4557b201e1278ea374e1c01617779b25151ef06ef1f3]]

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.